**No. 46097.**—Protests 821438–G, etc., of W. A. White Brokerage Co. et al. (Omaha etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46098.**—Protests 913770–G, etc., of H. N. Brown Brokerage Co. et al. (Denver, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46099.**—Protests 988400–G, etc., of Miglioretti Bros. et al. (Baltimore, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46100.**—Petition 6130–R of Collin & Gissel (Galveston).

Opinion by KEEFE, J. It appeared that there was no intention to conceal or misrepresent the facts or to defraud the revenue. The petition was therefore granted.

BEFORE THE FIRST DIVISION, JUNE 20, 1941

**No. 46101.**—Protests 57881–K, etc., of Gretsch & Brenner, Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 20, 1941

**No. 46102.**—Protests 768300–G, etc., of Pittsburgh Casing Co. (Pittsburgh).

Opinion by CLINE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 46103.**—Protests 50720–K (A), etc., of Gordon Wolf Cowen Co., Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46104.**—Protests 979218–G, etc., of Daniels & Fisher Stores Co. et al. (Denver, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.